STATE EX REL. GOODWIN, RESPONDENT, *v.* DISHMON ET
AL., APPELLANTS.

(No. 4,498.)

(Submitted September 26, 1921. Decided October 10, 1921.)

[201 Pac. 286.]

(For syllabus, see *State ex rel. Green* v. *Wright, ante,* p. 113.)

*Appeals from District Court of Missoula County; R. Lee
McCulloch, Judge.*

PROCEEDING instituted by the State on the relation of
Leonard Goodwin under the Prohibition Enforcement Act.
Judgment for plaintiff. Claimants and defendants Ora
Dishmon and another appeal from the judgment and from an
order denying them a new trial. Appeal from order dis-
missed, and judgment reversed.

*Mr. Harry H. Parsons,* for Appellants, submitted a brief
and argued the cause orally.

*Mr. Wellington D. Rankin,* Attorney General, and *Mr. L. A.
Foot,* Assistant Attorney General, submitted a brief; *Mr. Foot*
argued the cause orally.

Opinion: PER CURIAM.

This case is a search-warrant proceeding, instituted in the
district court of Missoula county under the provisions of the
Prohibition Enforcement Act (Laws 1917, Chap. 143). It
came before this court on appeal by defendants and claim-
ants from the final judgment rendered by the court, after a
hearing upon the return by the sheriff of the warrant de-
claring forfeited a quantity of whiskey seized thereunder and
ordering it destroyed, and an attempted appeal from an order
denying a motion for a new trial.

The appeal from the order denying the motion is dismissed, for the reason that a motion for a new trial in such proceeding is not authorized. The appeal from the judgment presents the same question as that presented in the cases of *State ex rel. Samlin* v. *District Court of Custer County et al.,* 59 Mont. 600, 198 Pac. 362, and *State ex rel. Hogue* v. *O'Brien,* 60 Mont. 178, 198 Pac. 1117. Upon the authority of these cases, the judgment is reversed, and the district court is directed to dismiss the proceeding, and order the sheriff to return the whiskey and articles seized to the defendants and claimants.

*Reversed.*